UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CULLAN F. MEATHE, YELLOW CAB
SERVICE CORPORATION OF FLORIDA,
INC.,

      Plaintiffs,

vs.                                                                                   Case No. 11-11470

                                                     HON. AVERN COHN

DANIEL RET, A GREGORY EATON,
GREAT LAKES TRANSPORTATION HOLDING,
LLC, GARY SAKWA, GRAND/SAKWA HOLDING,
LLC, METRO CARS OF GRAND RAPIDS, LLC,
METRO GROUP HOLDING COMPANY, INC.,
MC CARS, INC., MT TRANSPORTATION, LLC, and
METRO COACH,

      Defendants.
_____/
GREAT LAKES TRANSPORTATION
HOLDING, LLC,

      Plaintiff,

vs.                                                                                   Case No. 12-10497

YELLOW CAB SERVICE CORPORATION                     HON. AVERN COHN
OF FLORIDA, INC., CULLAN MEATHE,
METRO CAB LLC, METRO PRO LEASING,
LLC, PALM BEACH METRO TRANSPORTATION,
LLC, METRO TRANSIT, LLC, JACKSONVILLE
METRO TRANSPORTATION, LLC, PTG ENTERPRISES,
LLC, PALM BEACH TRANSPORTATION GROUP,
LLC, JACKSONVILLE TRANSPORTATION GROUP, LLC,
PALM BEACH METRO TRANSPORTATION, LLC, METRO
TRANSIT, LLC, YELLOW CAB SERVICE CORPORATION
OF FLORIDA, INC.,

      Defendants.
_____/

**ORDER DENYING MOTION FOR DISQUALIFICATION OF DYKEMA GOSSETT AS**

Case Nos. 11-11470; 12-10497
Order Denying Motion for Appointment of Counsel

## **COUNSEL (Doc. 36 in case no. 11-11470; Doc. 18 in case no. 12-10497)**

Before the Court is a motion to disqualify the law firm of Dykema Gossett filed in both above captioned cases.

For the reasons stated on the record at a hearing on May 9, 2012, the motion is DENIED.  The Court is satisfied that while some of the issues involved in the captioned cases may relate to matters where the Dykema firm may have previously represented Meathe, et al., the relationship is not such as to require the Dykema firm's disqualification.  This is particularly so since there is no evidence in the record to suggest the firm acquired or has confidential information that may be used to the prejudice of Meathe, et al. in these cases.

SO ORDERED.


Dated:  May 10, 2012                          S/Avern Cohn
                                             AVERN COHN
                                             UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 10, 2012, by electronic and/or ordinary mail.


                                             S/Julie Owens
                                             Case Manager, (313) 234-5160