# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CULLAN F. MEATHE, individually and
as a shareholder in the right of Metro
Group Holding Company, Inc., a Michigan
Corporation, and its subsidiaries,
Metro Cars, Inc., n/k/a MC Cars, Inc., a
Michigan corporation, Metro Transportation,
LLC, n/k/a MT Transportation, LLC, a
Michigan limited liability company, Metro
Coach, LLC, a Michigan limited liability
company, and YELLOW CAB SERVICE
CORPORATION OF FLORIDA, INC., a
Florida corporation,

    Plaintiffs,

v.                   Case No. 11-11470
                    Honorable Avern Cohn

DANIEL RET, GREGORY EATON,
GREAT LAKES TRANSPORTATION
HOLDING, LLC, a Michigan limited liability
company, GARY SAKWA, GRAND/SAKWA
HOLDING, LLC, a Michigan limited liability
company, METRO CARS OF GRAND
RAPIDS, LLC, a Michigan corporation, MC
CARS, Inc., f/k/a Metro Cars, Inc., a Michigan
corporation, MT TRANSPORTATION, LLC, f/k/a
Metro Transportation, LLC, a Michigan limited
liability company, and METRO COACH, LLC, a
Michigan limited liability comany,

    Defendants.

_____/

## JUDGMENT

  **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this

date October 11, 2012, this cause of action is **DISMISSED**.  Accordingly,  judgment is

entered in favor of Defendants and against Plaintiffs.

Dated at Detroit, Michigan this 11th day of October, 2012.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/Julie Owens

APPROVED:

s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE