UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CULLAN F. MEATHE**, individually and as a shareholder in the right of Metro Group Holding Company, Inc., a Michigan Corporation, and its subsidiaries, Metro Cars, Inc., n/k/a MC Cars, Inc., a Michigan corporation, Metro Transportation, LLC, n/k/a MT Transportation, LLC, a Michigan Limited liability company, Metro Coach, LLC, a Michigan limited liability company, and **YELLOW CAB SERVICE CORPORATION OF FLORIDA, INC.,** a Florida corporation, | Case No. 11-11470<br><br>Hon. Avern Cohn |

     Plaintiffs,

v.

**DANIEL RET**, **GREGORY EATON**, **GREAT LAKES TRANSPORTATION HOLDING, LLC**, a Michigan limited liability company, **GARY SAKWA, GRAND/SAKWA HOLDING, LLC**, a Michigan limited liability company, **METRO CARS OF GRAND RAPIDS, LLC,** a Michigan limited liability company, **METRO GROUP HOLDING COMPANY, INC**., a Michigan corporation, **MC CARS, INC**., f/k/a Metro Cars, Inc., a Michigan corporation, **MT TRANSPORTATION, LLC**, f/k/a Metro Transportation, LLC, a Michigan limited liability company, and **METRO COACH, LLC,** a Michigan limited liability Company,

     Defendants.

# NOTICE OF APPEAL

i

## NOTICE OF APPEAL

Notice is hereby given that **CULLAN F. MEATHE**,[1] and **YELLOW CAB SERVICE CORPORATION OF FLORIDA**, **INC.** hereby appeal to the United States Court of Appeals for the Sixth Circuit from:

1.  October 11, 2012 Order Denying Plaintiffs' Motion to Amend (Doc. 59) and granting Defendants' Motion for Summary Judgment (Doc. 34), [DE 68]; and

2.  October 11, 2012 Judgment [DE 69].

        YOUNG & ASSOCIATES, P.C.

BY:  /s/ Rodger D. Young
     RODGER D. YOUNG (P22652)
     TERRY MILNE OSGOOD (P42644)
     J. DAVID GARCIA (P60194)
     Counsel for Plaintiffs/Appellants CULLAN MEATHE and YELLOW CAB SERVICES CORPORATION OF FLORIDA, INC.
     27725 Stansbury Blvd., Suite 125
     Farmington Hills, Michigan 48334
     248.353.8620
     efiling@youngpc.com
     P22652

DATED:    November 7, 2012

---

[1] Meathe appeals both individually and as a shareholder in the right of Metro Group Holding Company, Inc., a Michigan corporation, and its subsidiaries, Metro Cars, Inc., n/k/a MC Cars, Inc., a Michigan corporation, Metro Transportation, LLC, n/k/a MT Transportation, LLC, a Michigan Limited liability company, and Metro Coach, LLC, a Michigan limited liability company.

ii

## CERTIFICATE OF SERVICE

I certify that on November 7, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

                YOUNG & ASSOCIATES, P.C.

BY:  /s/ Rodger D. Young
       RODGER D. YOUNG (P22652)
       TERRY MILNE OSGOOD (P42644)
       J. DAVID GARCIA (P60194)
       Counsel for Plaintiffs/Appellants CULLAN MEATHE and YELLOW CAB SERVICES CORPORATION OF FLORIDA, INC.
       27725 Stansbury Blvd., Suite 125
       Farmington Hills, Michigan 48334
       248.353.8620
       efiling@youngpc.com
       P22652